UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PAUL F. RADKE, | ) | No. CV 09-01355-GAF (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| RANDY HOLBROOK, et al., | ) ) | FIRST AMENDED COMPLAINT |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendants Sgt. John Fernandez, Lt. Maria Hannah, Sgt. Mike Torres and Sgt. Randy Holbrook's Motions to Dismiss; and (3) dismissing Plaintiff's First Amended Complaint with prejudice.

DATED:   June 10, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE